JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
PETRA BRUGGISSER (State Bar No. 241173)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF SAN RAMON, SAN RAMON POLICE
DEPARTMENT; MIKE BOEHRER, and ALBERT LI



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MANNING AND BROOK A. WORKENEH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN RAMON; SAN RAMON POLICE DEPARTMENT; MIKE BOEHRER, an individual; ALBERT LI, an individual; BETTER HOMES AND GARDENS REAL ESTATE LLC; BETTER HOMES AND GARDENS REAL ESTATE/MASON MCDUFFIE (THE BAYHILL TEAM); JIM KERHIG, an individual; STEVE KERHIG, an individual; AND DOES 1-100, INCLUSIVE,,<br><br>Defendant. | Case No. C12-00320 DMR<br><br>**PROOF OF SERVICE** |

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

PROOF OF SERVICE BY MAIL (C.C.P. §§ 1013a, 2015.5)

I hereby declare that I am a citizen of the United States, am over the age of eighteen years, and not a party to the within action; my business address is 1211 Newell Avenue, Walnut Creek, California 94596.

On this date I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA** on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as listed below for mailing. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid, in the United States Post Office mail box at Walnut Creek, California, addressed as follows:

**Attorneys For Defendants Mason McDuffie Real Estate, Inc., et al.:**

P. Kurt Peterson, Esq.
Peterson, Weyand & Martin LLP
49 Stevenson Street, Tenth Floor
San Francisco, CA 94105

Phone: 415-399-2900
Fax: 415-399-2930

**Attorneys For Better Homes And Gardens Real Estate LLC:**

Calvin E. Davis, Esq.
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071

Phone: 213-576-5000

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 24, 2012 at Walnut Creek, California.

SABRINA AHIA