UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MANNING, ET AL., | No. C-12-00320 DMR |
| Plaintiffs, | **ORDER RE DEFENDANTS' JOINDER IN NOTICE OF REMOVAL OF ACTION** |
| v. | |
| CITY OF SAN RAMON, ET AL., | |
| Defendants. | |

This case was removed from Contra Costa County Superior Court on January 20, 2012. The court is in receipt of Defendants City of San Ramon, San Ramon Police Department, Mike Boehrer, and Albert Li's ("San Ramon Defendants") Joinder in Notice of Removal of Action [Docket No. 4] and the Declaration of Petra Bruggiser [Docket No. 5], wherein the San Ramon Defendants have requested the court schedule a hearing on a number of motions brought in state court prior to removal. The request is denied, as the court cannot consider motions brought pursuant to the California Rules of Civil Procedure. Defendants may file appropriate motions pursuant to the Federal Rules of Civil Procedure and the Northern District's Local Rules.

IT IS SO ORDERED.

Dated: February 13, 2012

DONNA M. RYU
United States Magistrate Judge