1  CALVIN E. DAVIS (SBN:  101640)
   AARON P. RUDIN (SBN:  223004)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 5200
3  Los Angeles, CA  90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470
   e-mails: cdavis@gordonrees.com;
5  arudin@gordonrees.com

6  Attorneys for Defendant BETTER HOMES
   AND GARDENS REAL ESTATE LLC

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 MARK MANNING and BROOK A.          )   CASE NO. C 12-00320 DMR
   WORKENEH,                          )
12                                    )   [PROPOSED] ORDER GRANTING
                      Plaintiffs,     )   STIPULATION TO DISMISS THE
13                                    )   COMPLAINT SOLELY AS TO
                  v.                  )   DEFENDANT BETTER HOMES AND
14                                    )   GARDENS REAL ESTATE LLC
   CITY OF SAN RAMON; SAN RAMON       )
15 POLICE DEPARTMENT; MIKE BOEHRER,   )   Complaint filed: October 21, 2011
   an individual; ALBERT LI, an individual; )  Removal filed on January 20, 2012
16 BETTER HOMES AND GARDENS REAL      )
   ESTATE LLC; BETTER HOMES AND       )
17 GARDENS REAL ESTATE/MASON-         )
   MCDUFFIE (THE BAYHILL TEAM); JIM   )
18 KEHRIG, an individual; STEVE KEHRIG, an )
   individual; and DOES 1-100, inclusive, )
19                                    )
                      Defendants.     )
20 _____)

21        Having read and duly considered the Stipulation to Dismiss the Complaint Solely as to

22 Defendant Better Homes & Gardens Real Estate, LLC, and finding good cause therefore, the

23 Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

24        Plaintiffs Mark Manning and Brook A. Workeneh's First Amended Complaint filed on

25 or about December 20, 2011 and removed to the above-captioned court on January 20, 2012, is

26 hereby dismissed without prejudice as to defendant Better Homes & Gardens Real Estate, LLC,

27

28

RLGY/1074731/11805812v.1

[PROPOSED] ORDER DISMISSING BETTER HOMES & GARDENS REAL ESTATE
                                    CASE NO.: C12-00320-DMR

1    only. The April 12, 2012 hearing date for the Motion to Dismiss and Motion to Strike filed by

2    defendant Better Homes & Gardens Real Estate, LLC is hereby vacated as moot.

3

        IT IS SO ORDERED.

4

5    DATED: _____February 29_____, 2012

6

7                     United States Magistrate Judge Donna M. Ryu

8                         Judge Donna M. Ryu



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
633 West Fifth Street
Suite 5200
Los Angeles, CA 90071

[PROPOSED] ORDER DISMISSING BETTER HOMES & GARDENS REAL ESTATE
CASE NO.: C12-00320-DMR