CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
e-mails: cdavis@gordonrees.com;
arudin@gordonrees.com

Attorneys for Defendant BETTER HOMES
AND GARDENS REAL ESTATE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MANNING and BROOK A. WORKENEH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN RAMON; SAN RAMON POLICE DEPARTMENT; MIKE BOEHRER, an individual; ALBERT LI, an individual; BETTER HOMES AND GARDENS REAL ESTATE LLC; BETTER HOMES AND GARDENS REAL ESTATE/MASON-MCDUFFIE (THE BAYHILL TEAM); JIM KEHRIG, an individual; STEVE KEHRIG, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C 12-00320 DMR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS THE COMPLAINT SOLELY AS TO DEFENDANT BETTER HOMES AND GARDENS REAL ESTATE LLC<br><br>Complaint filed: October 21, 2011<br>Removal filed on January 20, 2012 |

Having read and duly considered the Stipulation to Dismiss the Complaint Solely as to Defendant Better Homes & Gardens Real Estate, LLC, and finding good cause therefore, the Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

Plaintiffs Mark Manning and Brook A. Workeneh's First Amended Complaint filed on or about December 20, 2011 and removed to the above-captioned court on January 20, 2012, is hereby dismissed without prejudice as to defendant Better Homes & Gardens Real Estate, LLC,

1  only. The April 12, 2012 hearing date for the Motion to Dismiss and Motion to Strike filed by
2  defendant Better Homes & Gardens Real Estate, LLC is hereby vacated as moot.

3      IT IS SO ORDERED.

5  DATED: __February 29__, 2012

7                              United States Magistrate Judge Donna M. Ryu



Gordon & Rees LLP
633 West Fifth Street
Suite 5200
Los Angeles, CA 90071