1    P. Kurt Peterson (SBN 067123)
     Henry M. Walker (SBN 184073)
2    PETERSON MARTIN & REYNOLDS LLP
     49 Stevenson Street, Tenth Floor
3    San Francisco, CA 94105
     Telephone: (415) 399-2900
4    Facsimile: (415) 399-2930

5    Attorneys for Defendants MASON-McDUFFIE REAL
     ESTATE, INC., JIM KERHIG and STEVE KERHIG

6

7    JAMES V. FITZGERALD, III (State Bar No. 55632)
     PETRA BRUGGISSER (State Bar No. 241173)
8    McNAMARA, NEY, BEATTY, SLATTERY,
     BORGES & AMBACHER LLP
9    1211 Newell Avenue
     Post Office Box 5288
10   Walnut Creek, CA 94596
     Telephone: (925) 939-5330
11   Facsimile: (925) 939-0203

12   Attorneys for Defendants CITY OF SAN RAMON, SAN
     RAMON POLICE DEPARTMENT, MIKE BOEHRER,
13   and ALBERT LI

14   BROOK A. WORKENEH
     P.O. Box 43365
15   Oakland, CA 94624
     Plaintiff In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MANNING AND BROOK A. WORKENEH,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN RAMON; SAN RAMON POLICE DEPARTMENT; MIKE BOEHRER, an individual; ALBERT LI, an individual; BETTER HOMES AND GARDENS REAL ESTATE, LLC; BETTER HOMES AND GARDENS REAL ESTATE / MASON-MCDUFFIE (THE BAYHILL TEAM); JIM KERHIG; an individual; STEVE KERHIG; an individual; AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | CASE NO. C 12-00320 DMR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS THE VERIFIED FIRST AMENDED COMPLAINT OF PLAINTIFF BROOK A. WORKENEH ONLY, AS TO ALL DEFENDANTS   AS MODIFIED<br><br>Complaint Filed: October 21, 2011<br>Removal Filed: January 20, 2012 |

1  Having read and duly considered the Stipulation to Dismiss the Verified First Amended Complaint of Brook Workeneh Only, as to All Defendants, and finding good cause therefore, the Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

Plaintiff Brook A. Workeneh's First Amended Complaint filed on or about December 20, 2011 and removed to the above-captioned court on January 20, 2012, is hereby dismissed <u>with prejudice as to all defendants</u>, with each party to bear its own costs and fees. The motion to dismiss as to the claims of Plaintiff Manning is administratively terminated without prejudice to renewal. Doc. no. 22. The 5/10/12 motion hearing is vacated; the CMC is continued to 7/25/12 at 1:30 pm.

**IT IS SO ORDERED.**

Dated: April 25, 2012

_____
United States Magistrate Judge Donna M. Ryu



IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

LAW OFFICES
PETERSON MARTIN REYNOLDS LLP
49 STEVENSON STREET TENTH FLOOR SAN FRANCISCO CALIFORNIA 94105
415-399-2900  FAX 415-399-2930