1  P. Kurt Peterson (SBN 067123)
   Henry M. Walker (SBN 184073)
2  PETERSON MARTIN & REYNOLDS LLP
   49 Stevenson Street, Tenth Floor
3  San Francisco, CA 94105
   Telephone: (415) 399-2900
4  Facsimile: (415) 399-2930

5  Attorneys for Defendants MASON-McDUFFIE REAL
   ESTATE, INC., JIM KERHIG and STEVE KERHIG
6
   JAMES V. FITZGERALD, III (State Bar No. 55632)
7  PETRA BRUGGISSER (State Bar No. 241173)
   McNamara, Ney, Beatty, Slattery,
8  Borges & Ambacher LLP
   1211 Newell Avenue
9  Post Office Box 5288
   Walnut Creek, CA 94596
10 Telephone: (925) 939-5330
   Facsimile: (925) 939-0203
11
   Attorneys for Defendants CITY OF SAN RAMON, SAN
12 RAMON POLICE DEPARTMENT, MIKE BOEHRER,
   and ALBERT LI
13
   BROOK A. WORKENEH
14 P.O. Box 43365
   Oakland, CA 94624
15 Plaintiff In Pro Per

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 | MARK MANNING AND BROOK A. WORKENEH, | CASE NO. C 12-00320 DMR |

20 | Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS THE VERIFIED FIRST AMENDED COMPLAINT OF PLAINTIFF BROOK A. WORKENEH ONLY, AS TO ALL DEFENDANTS   AS MODIFIED |

21 | vs. |

22 | CITY OF SAN RAMON; SAN RAMON POLICE DEPARTMENT; MIKE BOEHRER, an individual; ALBERT LI, an individual; BETTER HOMES AND GARDENS REAL ESTATE, LLC; BETTER HOMES AND GARDENS REAL ESTATE / MASON-MCDUFFIE (THE BAYHILL TEAM); JIM KERHIG; an individual; STEVE KERHIG; an individual; AND DOES 1-100, INCLUSIVE, | Complaint Filed: October 21, 2011
Removal Filed: January 20, 2012 |

28 | Defendants. |

1  Having read and duly considered the Stipulation to Dismiss the Verified First Amended
2  Complaint of Brook Workeneh Only, as to All Defendants, and finding good cause therefore, the
3  Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

5  Plaintiff Brook A. Workeneh's First Amended Complaint filed on or about December 20,
6  2011 and removed to the above-captioned court on January 20, 2012, is hereby dismissed <u>with
7  prejudice as to all defendants</u>, with each party to bear its own costs and fees. The motion to dismiss
8  as to the claims of Plaintiff Manning is administratively terminated without prejudice to renewal.
   Doc. no. 22. The 5/10/12 motion hearing is vacated; the CMC is continued to 7/25/12 at 1:30 pm.
9  **IT IS SO ORDERED.**

Dated: __April 25__, 2012     _____
United States Magistrate Judge Donna M. Ryu



IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

LAW OFFICES
PETERSON MARTIN REYNOLDS LLP
49 STEVENSON STREET TENTH FLOOR SAN FRANCISCO CALIFORNIA 94105
415-399-2900  FAX 415-399-2930