UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MANNING, | No. C 12-00320 DMR |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF SAN RAMON, et al., | |
| Defendant(s). | |

On April 6, 2012, the court entered an Order Permitting Motion for Substitution following the notice of death of Plaintiff Mark Manning. Doc. no. 33. The court held that pursuant to FRCP 25(a), "a motion for substitution of Plaintiff Manning as to any claims that are not extinguished by his death may be made by any party or by Mr. Manning's successor or representative pursuant to Rule 25(a). If such a motion is not made within 90 days after service of the statement noting death, Mr. Manning must be dismissed from the action." Doc. no. 33 at 2.

The time to file a motion for substitution of Plaintiff Manning has expired, and no such motion has been timely filed. Accordingly, Plaintiff Manning's claims are DISMISSED WITH PREJUDICE. *See Salazar v. Cisneros*, 1994 WL 72194 (N.D.Cal. Feb. 25, 1994).

Defendants have filed a motion for dismissal of the entire action with prejudice based on the orders dismissing claims pursuant to stipulation, entered on February 29, 2012, and April 25, 2012,

///

///

and the failure of any party or Mr. Manning's successor or representative to file a timely motion for substitution. Doc. no. 39. For good cause shown, Defendants' motion is GRANTED. The action is hereby DISMISSED WITH PREJUDICE in its entirety.

    IT IS SO ORDERED.

Dated: July 11, 2012

DONNA M. RYU
United States Magistrate Judge